[No. 26361. Department Two. December 31, 1936.]

THE STATE OF WASHINGTON, on the Relation of Republic Publishing Company, Appellant, v..J. L. WILLETT, as Auditor of Yakima County, Respondent.[1]

Rigg, Brown & Halverson, N. K. Buck, and Paul M. Goode, for appellant.

Robert J. Willis, for respondent.

PER CURIAM.—The statutes, contentions and issues involved herein are identical with those in the En Banc case of State ex rel. Republic Publishing Co. v. McPhee, filed December 16, 1936, 188 Wash. 543, 62 P. (2d) 1355. That decision controls this case entirely.

The judgment is accordingly affirmed.

[1]Reported in 63 P. (2d) 1247.